IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:11-cr-61 |
| THOMAS JEROME JOHNSON, | |
| Defendant. | |

**O R D E R**

Before the Court is Defendant's motion to unfreeze his access to funds held by the United States Bureau of Prisons, (doc. 67), and the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the Defendant's inmate trust account to the Federal Clerk in partial payment of the Defendant's criminal restitution balance, (doc. 69). Upon due consideration, the Government's motion is **GRANTED**.

Within thirty (30) days hereof, the Federal Bureau of Prisons is directed to withdraw $600.00 from Defendant Thomas Jerome Johnson's inmate trust account and remit it to the Clerk of Court in the form of a check bearing case number 4:11-cr-00061-1 and mailed to U.S. Clerk of Court, P.O. Box 8286, Savannah, Georgia 31412. The Clerk of Court shall then apply these funds as payment towards the criminal monetary obligations of Thomas Jerome Johnson, Register Number: 16895-021. The Federal Bureau of Prisons is directed to unencumber Defendant Johnson's inmate trust account once the $600.00 is removed.

**SO ORDERED**, this 18th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA