IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:11-cr-61 |
| THOMAS JEROME JOHNSON, | |
| Defendant. | |

**O R D E R**

Before the Court is Defendant's Motion to unfreeze his access to funds held by the United States Bureau of Prisons. (Doc. 67.) On December 18, 2020, the Court granted the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the Defendant's inmate trust account to the Federal Clerk in partial payment of the Defendant's criminal restitution balance. (Doc. 70.) In that Order, the Court directed the Federal Bureau of Prisons unencumber Defendant Johnson's inmate trust account once the partial payment was removed. (Id.) Given the that the Court has already granted Defendant the relief he seeks in his Motion to Unfreeze, (doc. 67), the Court **DENIES** that Motion as moot.

**SO ORDERED**, this 26th day of February, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA